**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

① Charles J Melton
3836 N. Newberger St
Philadelphia PA 19132

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

① Temple University Police Station
1101 W. Montgomery Ave
Philadelphia, PA 19122

② Allied Security / Bardon Allied Bardon Seacurity
1760 Market St
Philadelphia, PA 19103

**COMPLAINT**

Jury Trial: ☒ Yes  ☐ No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.   Parties in this complaint:**

A.   List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name          didn't give name
Street Address            of Badge Number
County, City              when requested
State & Zip Code
Telephone Number

*Rev. 10/2009*

B.  List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name  Temple University Police
Street Address  1101 W. Montgomery Ave
County, City  Philadelphia, PA 19122
State & Zip Code  PA, 19122

Defendant No. 2
Name  Allied Security
Street Address  1760 Market St
County, City  Philadelphia, PA 19103
State & Zip Code  PA, 19103

Defendant No. 3
Name _____
Street Address _____
County, City _____
State & Zip Code _____

Defendant No. 4
Name _____
Street Address _____
County, City _____
State & Zip Code _____

## II.  Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*
    Q  Federal Questions        Q  Diversity of Citizenship

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____
_____
_____

C.  If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

### III.  Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.  Where did the events giving rise to your claim(s) occur? _____

B.  What date and approximate time did the events giving rise to your claim(s) occur? _____
Around 4:00pm 01/5/2016

**What happened to you?**

C.  Facts: On Tuesday 1/5/216 went to pick up a dental bill from Temple Dental School estimate of surgery, stopped by two African American female Allied Security guards going in, on the way out the young lady security guard harass me and I asked her to call her supervisor, she

**Who did what?**

Called Temple Police.
I was arrested, search my personal belonging was handcuffed and detained

**Was anyone else involved?**

All Three Temple University officers.

**Who else saw what happened?**

People and friend of mine witness the outside event

## IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

Adjustment Disorder, Mixed and Post Traumatic Stress disorder

Seeing a Professional Psychologist

PTSD symptoms with therapy

Pain & Suffering

## V. Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

Pay for my suffering, having been to the dentist ever since

$6,000

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 5 day of January, 20 18

Signature of Plaintiff _____

Mailing Address 3036 N Newkirk St
Philadelphia, PA 1132

Telephone Number 267-324-4465

Fax Number *(if you have one)* _____

E-mail Address Cmelton@castean.edu

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20_____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____

Inmate Number _____

## ABRAMSON & DENENBERG, P.C.
*Attorneys-at-Law*

| | | |
|---|---|---|
| Thomas Bruno, II*° | Twelfth Floor | A Pennsylvania Corporation |
| David H. Denenberg*▲ | 1315 Walnut Street | registered in New Jersey |
| Alan E. Denenberg*° | Philadelphia, PA 19107 | (856) 354-9385 |
| D. Ben van Steenburgh* | e-mail: adenenberg@adlawfirm.com | |
| Dean Gay* | Fax: (215) 546-5355 | Benjamin Abramson |
| Andrea Sasso* | | 1932 - 1978 |
| | (215) 546-1345 Ext: 110 | Of Counsel: |
| * Member PA Bar | | Armando A. Pandola, Jr.* |
| ° Member NJ Bar | | 215-568-5010 |
| ▲ Member DC Bar | | |

December 1, 2017

**REGULAR & CERTIFIED MAIL**
Mr. Charles Melton
3036 N. Healberger Street
Philadelphia Pa. 19132

RE: *Date of Accident: January 5, 2016*

Dear Mr. Melton:

Please be advised that it has come to our attention that our office has a conflict of interest. I was advised from Garnet S. Shaw at Temple University that they were not making an offer and that this case would have to be litigated.

Based on the conflict of interest, we must decline any further representation. You have until January 5, 2018 in which to take legal action. If you fail to take legal action on or before that date, you will be forever barred. You should immediately retain new counsel to handle this matter for you.

I thank you for your immediate attention to this matter.

Very truly yours,

Alan E. Denenberg, Esq.

AED/mc
Certified Mail No.: 7015 1730 0002 2369 5443

**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
INDEPENDENCE MALL WEST
601 MARKET STREET
PHILADELPHIA, PA. 19106-1797

January 8, 2018

Dear Petitioner:

Charles Melton
3036 N. Healberger Street
Philadelphia, PA 19132

**Complaint(s) / Appeal(s) - Missing the following:**

( ) Civil Cover Sheet

( X ) Designation Form

( X ) Case Management Track Designation Form

( X ) Full Filing Fee / IFP Statement
    **1.) Complaint Fee - $400.00**
    2.) Appeal Fee - $505.00
    3.) Habeas Fee - $5.00

( ) Claim for relief

**Other:**

**Regarding:** In order for the U.S. District Court to process your Complaint the enclosed Designation form and Case Management Track form must be completed in their entirety, including checking off ONLY ONE BOX in the highlighted areas. Additionally, a full filing fee of $400.00 paid to **Clerk, U.S.D.C.** or a completed motion to proceed *in forma pauperis* is also required.

Sincerely,

KATE BARKMAN
Clerk of Court

Encl:

# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF PENNSYLVANIA
### U.S. COURTHOUSE
### INDEPENDENCE MALL WEST
### 601 MARKET STREET
### PHILADELPHIA, PA. 19106-1797

January 8, 2018

Dear Petitioner:

Charles Melton
3036 N. Healberger Street
Philadelphia, PA 19132

## Complaint(s) / Appeal(s) - Missing the following:

(  ) Civil Cover Sheet

( X ) Designation Form

( X ) Case Management Track Designation Form

( X ) Full Filing Fee / IFP Statement
    **1.) Complaint Fee - $400.00**
    2.) Appeal Fee - $505.00
    3.) Habeas Fee - $5.00

(  ) Claim for relief

**Other:**

**Regarding:** In order for the U.S. District Court to process your Complaint the enclosed Designation form and Case Management Track form must be completed in their entirety, including checking off ONLY ONE BOX in the highlighted areas. Additionally, a full filing fee of $400.00 paid to **Clerk, U.S.D.C.** or a completed motion to proceed *in forma pauperis* is also required.

Sincerely,

KATE BARKMAN
Clerk of Court

Encl:

## Account Balance

Jan. 18, 2018

# $29,807.49

| | |
|---|---|
| **Estimated Income Each Month in Retirement** | $1,841 |
| **Loan Amount** ⓘ | $23,357.28 |
| **Personalized Rate of Return** <br> since 01/01/2018 | 3.33% |
| **Gain/Loss** ⓘ <br> since 01/01/2018 | $951.21 |



Jan 2016 - Jan 2018 ⓘ

Nov 2016: $32,625

**Contributions**

## Pre-Tax Contribution Amount
**$52.12 every two weeks**

| 4% |
|---|

⚠ 6% is a solid starting point in saving for retirement. Consider increasing your contribution annually by 1% until you hit 10%.

## Annual Increase
**To be reported on 07/01/2018**

| 0% |
|---|

Amount to increase each year

| 0% |
|---|

Until my contribution reaches

[Save Changes]

**Clear Changes**

## You Need
$2,766/month
in retirement

If you spend this much, your savings may run out by age 75.

## We Estimate You Will Have
$1,841/month
in retirement

$1,306 of this is estimated to be guaranteed by Social Security, pensions, and annuities.

## You May Be SHORT
$925/month
in retirement

---

This calculator is made available as a self-help resource for your planning convenience. The results from the calculator are based on your inputs and are not intended to be a financial plan or investment advice from your current or former employer or the Principal Financial Group® but may be used as general guidelines to help you make retirement planning or other personal financial decisions.

Responsibility for these decisions is assumed by you, not your employer or the Principal Financial Group. Individual results will vary. You should regularly review your savings progress and post-retirement needs.

All projections, analysis and calculation results are estimates and depend on many factors, including the data and assumptions you provide, and may not reflect all your sources of income or expenditures. In addition, it ignores future transactions or changes in tax laws which cannot be anticipated. The reports, graphs and other analysis are dependent upon the accuracy of the data you provided. In the course of conducting administrative duties for this retirement plan, the plan administrator, employer and/or financial professional may view your Retirement Wellness Score.

# Employer Sponsored Account

Charles Melton - COMMUNITY BEHAVIORAL HEALTH 403(B) PLAN

Tell us your thoughts about this page with this **quick survey**. It will only take a minute or two.

## Your current loans

Any outstanding loan(s) on your account are listed below. Newly issued loans may take a couple days to appear on this list.

|  | Payment amount | Current balance [2] |  |  |  |
|---|---|---|---|---|---|
| **Loan 1** | $24,722.49 | $219.37 | $23,357.28 | 08/25/2022 | Loan Detail |

Pay off a loan >

## Loan availability

**Sorry, but you can't take out a loan right now because:**

- The plan only allows 1 outstanding loan(s).
- The plan only allows 1 loan(s) in a rolling 12-month period.

## MyVirtualCoach