IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHARLES J. MELTON,** : | |
|     **Plaintiff,** : | |
| v. : | |
| : | **CIVIL ACTION NO. 18-270** |
| **TEMPLE UNIVERSITY POLICE** : | |
| **STATION and BARTON ALLIED** : | |
| **SECURITY,** : | |
|     **Defendants.** : | |

**AND NOW**, this 19th day of August 2019, upon consideration of Defendants' motions to dismiss [Doc. Nos. 30 and 32], and any responses thereto, it is hereby **ORDERED** that:

1. The motions to dismiss are **GRANTED**;

2. Plaintiff's federal constitutional claims are **DISMISSED with prejudice**;

3. Plaintiff's state law claims against both Defendants are **DISMISSED without prejudice** to Plaintiff's ability to file them in state court;

4. Plaintiff's Motion for Discovery/Speedy Trial [Doc. No. 35] is **DISMISSSED as moot;** and

5. The Clerk is directed to **CLOSE** this case.

It is so **ORDERED**.

                                                          **BY THE COURT:**

                                                          **/s/ Cynthia M. Rufe**
                                                          _____
                                                          **CYNTHIA M. RUFE, J.**